**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00074-CR

### RAYFORD HIGH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F-1257938-Y

## ORDER

The clerk's record filed in this appeal does not contain either the trial court's order deferring adjudication of guilt or appellant's notice of appeal. Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record that contains the order deferring adjudication of guilt and appellant's notice of appeal.

We note that appellant's amended brief does not comply with Texas Rule of Appellate Procedure 38.1. Specifically, although the statement of the case references the indictment, motions, orders, and the order deferring adjudication of guilt, there are no record references to those documents. *See* TEX. R. APP. P. 38.1(d). Accordingly, we **ORDER** appellant to file within **THIRTY DAYS** of the date of this order, an amended brief that corrects these deficiencies.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE